# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-020005-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for Metropolitan Life Insurance Company, Secured Creditor

Case No.: **21-13459**

Chapter 11

Judge John K. Sherwood

In Re:

**Del Dwain Howard Allison and Donna Marie Allison, a/k/a Donna Marie Introcaso a/k/a Donna Introcaso-Allison**

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of METROPOLITAN LIFE INSURANCE COMPANY, a Secured Creditor, regarding a lien on the real property located at **20 Dickson Road, Hampton Twp., NJ 07860**.

Request is made that all notices entered pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature filed in this case be served on the undersigned at the following address:

> METROPOLITAN LIFE INSURANCE COMPANY
> c/o Frenkel Lambert Weiss Weisman & Gordon, LLP
> 80 Main Street, Suite 460
> West Orange, NJ 07052

**FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP**
Attorneys for Secured Creditor

Dated: April 30, 2021

/s/ *Douglas McDonough*
Douglas McDonough, Esq.