IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DEL DWAIN HOWARD ALLISON and | : | Case No. 21-13459/JKS |
| DONNA MARIE ALLISON, | : |  |
|  | : | BANKRUPTCY JUDGE |
| Debtors. | : | JOHN K. SHERWOOD |

REQUEST OF JAMES J. BROWN, JR
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that W. Peter Ragan, Sr., Esq., as attorney for James J. Brown, Jr., a creditor in the above captioned Chapter 11 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (As amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also give to and served, whether electronically or otherwise, on:

James J. Brown, Jr.
c/o Ragan & Ragan, PC
3100 Route 138 West
Wall, NJ 07719
Telephone: (721)280-4100)
Email: wpr@raganlaw.com

RAGAN & RAGAN, PC
*Attorney for Creditor James J. Brown, Jr.*

Dated: May 4, 2021          By:    */S/ W. Peter Ragan*, Sr.
                                   W. PETER RAGAN, SR., ESQ.