UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2021-0079

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Ally Bank

| In Re: | Case No.: 21-13459-JKS |
|---|---|
| Del Dwain Howard Allison<br>Donna Marie Allison<br>aka Donna Marie Introcaso<br>aka Donna Introcaso-Allison | Chapter: 11<br><br>Judge: Honorable John K. Sherwood |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ally Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

POWERS KIRN, LLC

/s/ *William M. E. Powers III*
By: William M. E. Powers III

Date: May 4, 2021