UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorneys for Nancy Introcaso
By: Justin M. Gillman, Esq.

| In Re: | Case No.: 21-13459-JKS |
|---|---|
| Del Dwain Howard Allison<br>Donna Marie Allison | Judge: Hon. John K. Sherwood, U.S.B.J. |
| | Chapter: 11 |
| Debtors | Hearing Date: N/A |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nancy Introcaso. Request is made that the documents filed in this case and identified below be served on the undersigned at the following address:

ADDRESS:        Justin M. Gillman, Esq.
                Gillman, Bruton & Capone, LLC
                770 Amboy Avenue
                Edison, NJ 08840
                ecf@gbclawgroup.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: May 20, 2021                    /s/ Justin Gillman
                                      Justin Gillman, Esq.